ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 11 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CROWN HOLDINGS, INC. & SUBSIDIARIES, SUCCESSOR TO CROWN CORK & SEAL CO., INC., | ) | |
| Plaintiff, | ) | 06-584 T |
| v. | ) | No. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, Crown Holdings, Inc. & Subsidiaries ("Crown Holdings"), through counsel, hereby complains and alleges as follows:

### NATURE OF THE ACTION

1. This is an action seeking recovery of federal income taxes and applicable interest thereon that Defendant collected from Plaintiff, and refused to refund, for Plaintiff's taxable years 1993 through 1995.

### THE PARTIES

2. Crown Holdings is an affiliated group of corporations filing a consolidated return on a calendar year basis. The common parent of the group, Crown Holdings, Inc., is a corporation organized and existing under the laws of the State of Pennsylvania with its principal place of business in Philadelphia, Pennsylvania. Its mailing address is One Crown Way, Philadelphia, Pennsylvania 19154-4599, and its employer identification number is 75-3099507. As used in this Complaint, the term "Plaintiff" refers to Crown Holdings, Inc., its affiliated group, any member of its affiliated group, or any of its predecessor corporations, as the context requires.

3. Crown Holdings is the successor in interest to Crown Cork & Seal Company, Inc. ("Crown Cork & Seal"). Crown Cork & Seal formed Crown Holdings, Inc. to facilitate a refinancing and reorganization through which Crown Cork & Seal became a wholly owned subsidiary of Crown Holdings, Inc. in February 2003.

4. Defendant is the United States.

## JURISDICTION

5. This Court has jurisdiction over this action pursuant to sections 1346(a) and 1491 of the Judicial Code (28 U.S.C. §§ 1346(a) and 1491).

6. Plaintiff has complied with the requirements of sections 6532 and 7422 of the Internal Revenue Code (the "Code") (26 U.S.C. §§ 6532 and 7422), giving this Court jurisdiction to hear this matter.

## BACKGROUND

7. Plaintiff timely filed its federal income tax returns for its 1993, 1994, and 1995 taxable years on September 14, 1994, September 14, 1995, and September 13, 1996, respectively, with the Internal Revenue Service Center in Philadelphia, Pennsylvania. The returns were filed by Plaintiff's predecessor, Crown Cork & Seal Company, Inc. & Subsidiaries, 9300 Ashton Road, Philadelphia, Pennsylvania 19316, employer identification number 23-1526444.

8. On September 2, 1999, Crown Cork & Seal timely filed amended federal income tax returns (Forms 1120X) with respect to its 1993-1995 taxable years with the Internal Revenue Service Examination Division in Philadelphia, Pennsylvania. In the amended returns, Crown Cork & Seal claimed refunds based on section 1341 of the Code.

9. On or about July 13, 2006, Crown Holdings timely filed amended refund claims (Forms 1120X) for its 1993-1995 taxable years with the Internal Revenue Service Center in Ogden, Utah. In the amended refund claims, Crown Holdings claimed refunds based on section 1341 of the Code in the amounts of $36,157,865 for 1993, $749,691 for 1994, and $101,053 for 1995. Copies of the amended refund claims are attached as Exhibit A.

10. The Internal Revenue Service disallowed the amended refund claims on July 28, 2006. A copy of the notice of claim disallowance is attached as Exhibit B.

**FACTS**

11. In December 1990, Crown Beverage Packaging, Inc., a subsidiary of Crown Cork & Seal, settled a class action lawsuit that had been brought against Continental Beverage Packaging Inc. ("Continental Beverage") by former employees of Continental Beverage who claimed that they had been wrongfully terminated in prior years. In July 1990, Crown Cork & Seal had acquired Continental Beverage and changed its name to Crown Beverage Packaging, Inc. ("Crown Beverage").

12. The Settlement Agreement required Crown Beverage to pay certain amounts to a trust fund from which the former employees could receive payment. Crown Beverage made settlement payments to such trust fund in 1993, 1994, and 1995 in the amounts of $166,684,180, $2,611,420, and $929,374, respectively, and Crown Cork & Seal deducted such payments on its consolidated federal income tax returns for those years. The back pay awarded and paid into the trust fund related to Crown Beverage's and Continental Beverage's manufacturing operations and gross income from 1972-1990.

13. At all relevant times, Crown Beverage, Crown Cork & Seal, Crown Holdings, Inc., and their predecessors have been accrual method taxpayers.

14. At all relevant times, Crown Beverage, Crown Cork & Seal, Crown Holdings, Inc., and their predecessors have been in the business of manufacturing and selling metal and plastic containers.

15. Crown Holdings is the sole owner of the claims set forth herein and no transfer or assignment of those claims has been made.

**GROUNDS FOR RELIEF**

16. Plaintiff hereby incorporates each and every allegation of fact and law set forth in paragraphs 1 through 15 of this Complaint and those facts and law set forth in the refund claims attached to this Complaint as Exhibit A.

17. From 1972-1990, Plaintiff believed that it was capturing the full wage cost of its workforce and, therefore, appeared to have an unrestricted right to the gross income earned during such years.

18. The 1990 Settlement Agreement terminating the class action lawsuit by former employees for wrongful termination established that Plaintiff did not have an unrestricted right to the gross income reported on its federal income tax returns for 1972-1990. Because the full and adequate compensation of the employees that Plaintiff had wrongfully terminated had not been included in the computation of cost of goods sold during the years 1972-1990, Plaintiff's gross income in those years was overstated.

19. As a result of its payments to the Settlement Trust Fund in 1993, 1994, and 1995, Plaintiff was entitled to a deduction in each such tax year in excess of $3,000.

20. If Plaintiff were to treat the Settlement Trust Fund payments as being deductible in taxable years 1993 through 1995 rather than being allowable to the years 1972-1990 (and thus reducing the gross income reported in such years), Plaintiff would not recognize the full tax benefit of such costs due primarily to differences in tax rates during the relevant years. Section 1341 allows Plaintiff to obtain the full tax benefit of these costs.

21. Under Code section 1341(a)(5), for each of the years 1993-1995, Plaintiff may forego the deductions for its payments to the Settlement Trust Fund and subtract from the revised tax liability for each year the decrease in tax that results in prior years by excluding the Settlement Trust Fund payments from gross income in such prior years (i.e., by adding such payments to Plaintiff's cost of goods sold as appropriate in the tax years 1972-1990). See also Pennzoil-Quaker State Co. v. United States, 62 Fed. Cl. 689 (2004) (Damich, C.J.).

22. Under Code section 1341, Plaintiff has overpaid its income taxes for its tax years 1993 through 1995 and is entitled to recover from Defendant the amount of such overpayment or such other amounts as established by the facts and law, a refund or abatement of interest assumed or paid under Code section 6601 on any underpayment that is reduced or eliminated by Plaintiff's refund claims, and statutory interest on the overpayments resulting from the refund claims as provided by Code section 6611.

**WHEREFORE**, Plaintiff prays that the Court enters judgment against Defendant in the total amount of $37,008,609 for the taxable years 1993-1995, plus interest thereon as provided by law, and for such other and further relief as the Court deems just and proper.

DATED: August 11, 2006

Respectfully submitted,

J. Bradford Anwyll

ALSTON & BIRD LLP
The Atlantic Building
950 F Street, NW
Washington, D.C. 20004
Telephone: (202) 756-3432
Fax: (202) 756-3333

Counsel for Plaintiff

Of Counsel:

Philip C. Cook
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7491
Fax: (404) 253-8556

CROWN

One Crown Way
Philadelphia, PA 19154-4599
Main Phone: (215) 698-5100

Internal Revenue Service Center
Ogden, Utah 84201-0012 (Via UPS 2 day delivery)

Crown Holdings, Inc.
FEIN 75-3099507
July 12, 2006

Gentlemen:

I am pleased to enclose Forms 1120 X, Amended U.S. Corporation Income Tax Returns and Related Attachments for the years ending 12/93, 12/94, and 12/95.

If you have any questions, please call me at 215-698-5236.

Sincerely,

Kenneth J. Siedlecki
Director of Corporate Tax

CC:
Mr. Joseph P. Bukis
Internal Revenue Service
Appeals Office
701 Market Street, Suite 2200
Philadelphia, PA 19106

Form **1120X** (Rev. December 2004) Department of the Treasury Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending ▶ 12/93 (Enter month and year.)

Please Type or Print

Name: CROWN HOLDINGS, INC & SUBSIDIARIES

Employer identification number: 75 : 3099507

Number, street, and room or suite no. (If a P.O. box, see instructions.): ONE CROWN WAY

City or town, state, and ZIP code: PHILADELPHIA, PA 19154-4599

Telephone number (optional) ( )

Enter name and address used on original return (If same as above, write "Same.")
CROWN CORK & SEAL COMPANY & SUBSIDIARIES 9300 ASHTON ROAD PHILADELPHIA, PA EIN 23-1526444

Internal Revenue Service Center where original return was filed ▶ PHILADEPHIA, PA

**Fill in applicable items and use Part II on the back to explain any changes**

| **Part I** Income and Deductions (see instructions) | | (a) As originally reported or as previously adjusted | (b) Net change—increase or (decrease)—explain in Part II | (c) Correct amount |
|---|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | 1 | 1,033,064,266 | 0 | 1,033,064,266 |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 1,098,131,124 | (65,066,858) | 1,033,064,266 |
| 3 Taxable income. Subtract line 2 from line 1 | 3 | (65,066,858) | 65,066,858 | 0 |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 0 | 2,747,232 | 2,747,232 |

**Payments and Credits** (see instructions)

| | | | | |
|---|---|---|---|---|
| 5a Overpayment in prior year allowed as a credit | 5a | | | |
| b Estimated tax payments 1341(a)(5) Benefit | 5b | | 38,905,097 | 38,905,907 |
| c Refund applied for on Form 4466 | 5c | | | |
| d Subtract line 5c from the sum of lines 5a and 5b | 5d | | 38,905,097 | 38,905,907 |
| e Tax deposited with Form 7004 | 5e | | | |
| f Credit from Form 2439 | 5f | | | |
| g Credit for Federal tax on fuels | 5g | | | |
| 6 Tax deposited or paid with (or after) the filing of the original return | 6 | | | |
| 7 Add lines 5d through 6, column (c) | 7 | | | 38,905,907 |
| 8 Overpayment, if any, as shown on original return or as later adjusted | 8 | | | |
| 9 Subtract line 8 from line 7 | 9 | | | 38,905,907 |

**Tax Due or Overpayment** (see instructions)

| | | |
|---|---|---|
| 10 **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the "**United States Treasury**". ▶ | 10 | |
| 11 **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | 36,157,865 |
| 12 Enter the amount of line 11 you want: **Credited to 20__ estimated tax** ▶ **Refunded** ▶ | 12 | 36,157,865 |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer | 7/12/06 Date | ▶ SR VP FINANCE Title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN : | Phone no. ( )

**Part II** **Explanation of Changes to Items in Part I** (Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see **What To Attach** on page 3 of the instructions.)

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see **Carryback Claims** on page 3, and check here . . . . . . ▶ ☐

See Attached Explanation

CROWN HOLDINGS
1993 Refund Claim Insert

In this amended tax return, Crown Holdings, Inc. and subsidiaries (Crown Holdings") seeks mitigation relief under section 1341 of the Internal Revenue Code ("Code") for certain cash payments made in the taxable year 1993 for which tax deductions would have been correctly associated with the computation of taxable gross income in previous taxable years. Pursuant to Treas. Reg. § 1.1341-1(i), this relief is claimed in the form of an additional tax payment made on the last day of the taxable year.

The claimed section 1341 relief relates to deductions for payments made by Crown Beverage Packaging, Inc. ("Crown Beverage") pursuant to a settlement of a class action lawsuit in December 1990. The settlement agreement resolved a class lawsuit brought against Crown Beverage by former employees who claimed that they had been wrongfully terminated. The settlement agreement required Crown Beverage to pay certain amounts to a trust fund from which its former employees could receive payment. Crown Beverage paid and deducted settlement payments in 1993, 1994, and 1995 in the amounts of $166,684,180, $2,611,420, and $929,374, respectively. These payments related to amounts included in Crown Beverage's (or its predecessors') gross income in the years 1972 through 1990.

Under Code sections 1341(a)(5)(A) and 1341(b)(3), this amended return is being filed to forgo the deduction of $166,684,180 claimed on the original return for 1993. See Line 2. Line 2 also reflects the ability to utilize charitable contributions of $2,865,966 that were previously disallowed. In addition, Line 2 reflects the ability to utilize net operating losses ("NOLs") from 1995, 1996, and 2001 in the amounts of $33,354,544, $11,355,084, and $54,041,726, respectively. The 2001 NOL is a product liability loss allowed under Code section 172(f). As a result of foregoing the deduction of $166,684,180 and carrying back the NOLs from 1995, 1996 and 2001 to 1993, the taxable income for 1993 is increased by $65,066,858. See Line 3.

Pursuant to Code section 1341(a)(5), Crown Holdings has recomputed its tax for the 1993 taxable year to reflect (1) the increase in 1993 tax that results from foregoing the $166,684,180 deduction, the utilization of the charitable contribution deduction, and the carrying back the NOLs and

(2) the decreases in the taxes paid in prior years that would have resulted if the items had not been included in gross income. The resulting change in tax is as follows:

| | |
|---|---|
| (1) Increase in 1993 tax | $2,747,232 |
| (2) Decrease in prior years' taxes | ($38,905,097) |
| (3) Net change in 1993 tax | ($36,157,865) |

The computations showing the effect of the application of section 1341 are attached.

The amount of this refund claim may change as a result of potential future adjustments or corrections to Crown Holdings' income, deductions, payments, and credits. Crown Holdings hereby claims a refund of the amount stated in this claim and for the amounts stated in the related refund claims for 1994 and 1995, and such other amount (or amounts) as established by the facts and law.

Crown Holdings acknowledges that if, and only if, its refund claims for 1993, 1994, and 1995 are allowed in whole or in part by the Internal Revenue Service ("Service") or by a court, it may owe the Service additional taxes and interest for 1994 related to the allowance of its refund claims for 1993, 1994, and 1995. In no event, however, will such amounts exceed the refund that is allowed by the Service or is determined to be allowable by a court.

Crown Holdings also claims a refund or adjustment of interest assessed or paid under section 6601 on any underpayment that is reduced or eliminated by this refund claim and requests the payment of interest under section 6611 on the overpayment resulting from this refund claim, as provided by law.

AS AMENDED

Form **4626**

Department of the Treasury
Internal Revenue Service

# Alternative Minimum Tax—Corporations
**(including environmental tax)**

▶ See separate instructions.
▶ Attach to the corporation's tax return.

OMB No. 1545-0175

**1993**

Name: CROWN CORK & SEAL COMPANY, INC

Employer identification number: 23-1526444

| | | | | |
|---|---|---|---|---|
| 1 | Taxable income or (loss) before net operating loss deduction. (**Important:** See instructions if the corporation is subject to the environmental tax.) | | 1 | 98,751,356 |
| 2 | **Adjustments:** | | | |
| a | Depreciation of tangible property placed in service after 1986 | 2a 27,254,663 | | |
| b | Amortization of certified pollution control facilities placed in service after 1986 | 2b | | |
| c | Amortization of mining exploration and development costs paid or incurred after 1986 | 2c | | |
| d | Amortization of circulation expenditures paid or incurred after 1986 (personal holding companies only) | 2d | | |
| e | Basis adjustments in determining gain or loss from sale or exchange of property | 2e (2023750) | | |
| f | Long-term contracts entered into after February 28, 1986 | 2f | | |
| g | Installment sales of certain property | 2g | | |
| h | Merchant marine capital construction funds | 2h | | |
| i | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2i | | |
| j | Tax shelter farm activities (personal service corporations only) | 2j | | |
| k | Passive activities (closely held corporations and personal service corporations only) | 2k | | |
| l | Certain loss limitations | 2l | | |
| m | Other adjustments | 2m | | |
| n | Combine lines 2a through 2m | | 2n | 25,230,913 |
| 3 | **Tax preference items:** | | | |
| a | Depletion | 3a | | |
| b | Tax-exempt interest from private activity bonds issued after August 7, 1986 | 3b | | |
| c | Charitable contributions | 3c | | |
| d | Intangible drilling costs | 3d | | |
| e | Reserves for losses on bad debts of financial institutions | 3e | | |
| f | Accelerated depreciation of real property placed in service before 1987 | 3f 24500 | | |
| g | Accelerated depreciation of leased personal property placed in service before 1987 (personal holding companies only) | 3g | | |
| h | Add lines 3a through 3g | | 3h | 24500 |
| 4 | Preadjustment alternative minimum taxable income (AMTI). Combine lines 1, 2n, and 3h | | 4 | 124,006,769 |
| 5 | **Adjusted current earnings (ACE) adjustment:** | | | |
| a | Enter the corporation's ACE from line 10 of the worksheet on page 8 of the instructions | 5a 131,585,687 | | |
| b | Subtract line 4 from line 5a. If line 4 exceeds line 5a, enter the difference as a negative number (see instructions for examples) | 5b 7,578,918 | | |
| c | Multiply line 5b by 75% and enter the result as a positive number | 5c 5,684,189 | | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see instructions). **Note:** *You must enter an amount on line 5d (even if line 5b is positive)* | 5d 13,087,566 | | |
| e | ACE adjustment: • If you entered a positive number or zero on line 5b, enter the amount from line 5c on line 5e as a positive amount. • If you entered a negative number on line 5b, enter the smaller of line 5c or line 5d on line 5e as a negative amount. | | 5e | 5,684,189 |
| 6 | Combine lines 4 and 5e. If zero or less, stop here (the corporation is not subject to the alternative minimum tax) | | 6 | 129,690,958 |
| 7 | Alternative tax net operating loss deduction (see instructions) | | 7 | 116,721,862 |
| 8 | **Alternative minimum taxable income.** Subtract line 7 from line 6 | | 8 | 12,969,096 |

**For Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 12955I Form **4626** (1993)

* - PRODUCT LIABILITY FROM 2001 $37,418,733
PRODUCT LIABILITY FROM 2002 79,303,129

$116,721,862

| | | | |
|---|---|---|---|
| 9 | Enter the amount from line 8 (alternative minimum taxable income) | 9 | 12,969,096 |
| 10 | **Exemption phase-out computation** (if line 9 is $310,000 or more, skip lines 10a and 10b and enter -0- on line 10c): | | |
| a | Subtract $150,000 from line 9 (if you are completing this line for a member of a controlled group of corporations, see instructions). If the result is zero or less, enter -0- — 10a | | |
| b | Multiply line 10a by 25% — 10b | | |
| c | Exemption. Subtract line 10b from $40,000 (if you are completing this line for a member of a controlled group of corporations, see instructions). If the result is zero or less, enter -0- | 10c | |
| 11 | Subtract line 10c from line 9. If the result is zero or less, enter -0- | 11 | 12,969,096 |
| 12 | Multiply line 11 by 20% | 12 | 2,593,819 |
| 13 | Alternative minimum tax foreign tax credit. (See instructions for limitations.) | 13 | |
| 14 | Tentative minimum tax. Subtract line 13 from line 12 | 14 | 2,593,819 |
| 15 | Regular tax liability before all credits except the foreign tax credit and possessions tax credit | 15 | 0 |
| 16 | **Alternative minimum tax.** Subtract line 15 from line 14. If the result is zero or less, enter -0-. Also enter the result on the line provided on the corporation's income tax return (e.g., if you are filing Form 1120 for 1993, enter this amount on line 9a, Schedule J) | 16 | 2,593,819 |
| 17 | **Environmental tax.** Subtract $2,000,000 from line 6 (computed without regard to the corporation's environmental tax deduction) and multiply the excess, if any, by 0.12% (.0012). Enter the result here and on the line provided on the corporation's income tax return (e.g., if you are filing Form 1120 for 1993, enter this amount on line 9b, Schedule J). If you are completing this line for a member of a controlled group of corporations, see instructions. | 17 | 153,413 |

# ATTACHMENT TO 1120X 1993 FILING

| Crown Holdings Inc<br>EIN 75-3099507<br>Current Parent Company of original filing as: | RAR<br>dated 10/20/1998 | Net Change from<br>1993 IRC 1341 Calc. | 1993<br>Revised Liability<br>Under IRC 1341 |
|---|---|---|---|
| **Crown Cork & Seal Co Inc.** | | | |
| **EIN 23-1526444** | | | |
| **Regular Taxable income:** | | | |
| Taxable Income before NOL and Special Deductions | (40,184,939) | | (40,184,939) |
| Section 1341 Adjustment | | 166,684,180 | 166,684,180 |
| Adjust for ability to utilize charitable contributions | | (2,865,966) | (2,865,966) |
| Regular NOL Carry back from 1995 | | (33,354,544) | (33,354,544) |
| Regular NOL Carry back from 1996 | | (11,355,084) | (11,355,084) |
| Product Liability NOL Carry back from 2001 | | (54,041,728) | (54,041,728) |
| Special Deductions | (24,881,919) | | (24,881,919) |
| TAXABLE INCOME | (65,066,858) | 65,066,858 | 0 |
| Income Tax before Credits | 0 | 0 | 0 |
| Foreign Tax Credit | 0 | 0 | 0 |
| Investment Tax Credit | 0 | 0 | 0 |
| Research Credit | 0 | 0 | 0 |
| **TOTAL CREDITS** | 0 | 0 | 0 |
| Regular Income Tax less Credits | 0 | 0 | 0 |
| **Alternative Minimum Taxable income:** | | | |
| Taxable Income before NOL and Special Deductions | (40,184,939) | | (40,184,939) |
| Section 1341 Adjustment | | 166,684,180 | 166,684,180 |
| Adjust for ability to utilize charitable contributions | | (2,865,966) | (2,865,966) |
| Special Deductions | (24,881,919) | | (24,881,919) |
| Preference Items | 30,939,602 | | 30,939,602 |
| Product Liability NOL Carry back from 2001 | | (37,418,733) | (37,418,733) |
| Product Liability NOL Carry back from 2002 | | (79,303,129) | (79,303,129) |
| ALTERNATIVE MINIMUM TAXABLE INCOME | (34,127,256) | 47,096,352 | 12,969,096 |
| Minimum Tax before credits | 0 | | 2,593,819 |
| Minimum Tax-Foreign Tax Credit | 0 | 0 | 0 |
| Environmental Tax | 0 | 0 | 153,413 |
| TOTAL TAX LIABILITY due to IRC 1341 | 0 | 2,747,232 | 2,747,232 |
| TAX CHANGE FROM 1341 ADJUSTMENT | | 2,747,232 | |

S:\123DATA\Rtn05\SchR\[13411993.xls]Sheet1

Form **1120X** (Rev. December 2004) Department of the Treasury Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending ▶ 12/94 (Enter month and year.)

Please Type or Print

Name: CROWN HOLDINGS, INC & SUBSIDIARIES

Employer identification number: 75 : 3099507

Number, street, and room or suite no. (If a P.O. box, see instructions.): ONE CROWN WAY

City or town, state, and ZIP code: PHILADELPHIA, PA 19154-4599

Telephone number (optional) ( )

Enter name and address used on original return (If same as above, write "Same.")

CROWN CORK & SEAL COMPANY & SUBSIDIARIES 9300 ASHTON ROAD PHILADELPHIA, PA EIN 23-1526444

Internal Revenue Service Center where original return was filed ▶ PHILADEPHIA, PA

## Fill in applicable items and use Part II on the back to explain any changes

| **Part I** Income and Deductions (see instructions) | | (a) As originally reported or as previously adjusted | (b) Net change—increase or (decrease)—explain in Part II | (c) Correct amount |
|---|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | 1 | 951,679,847 | 2,611,420 | 954,291,267 |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 951,679,847 | 2,611,420 | 951,679,847 |
| 3 Taxable income. Subtract line 2 from line 1 | 3 | 0 | 0 | 0 |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 3,932,300 | 52,964 | 3,985,264 |

**Payments and Credits** (see instructions)

| | | | | |
|---|---|---|---|---|
| 5a Overpayment in prior year allowed as a credit | 5a | | | |
| b Estimated tax payments 134.1(a)(5) BENEFIT | 5b | | 802,655 | 802,655 |
| c Refund applied for on Form 4466 | 5c | | | |
| d Subtract line 5c from the sum of lines 5a and 5b | 5d | | 802,655 | 802,655 |
| e Tax deposited with Form 7004 | 5e | | | |
| f Credit from Form 2439 | 5f | | | |
| g Credit for Federal tax on fuels | 5g | | | |
| 6 Tax deposited or paid with (or after) the filing of the original return | 6 | | | 3,932,300 |
| 7 Add lines 5d through 6, column (c) | 7 | | | 4,734,955 |
| 8 Overpayment, if any, as shown on original return or as later adjusted | 8 | | | |
| 9 Subtract line 8 from line 7 | 9 | | | 4,734,955 |

**Tax Due or Overpayment** (see instructions)

| | | |
|---|---|---|
| 10 **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the **"United States Treasury"** ▶ | 10 | |
| 11 **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | 749,691 |
| 12 Enter the amount of line 11 you want: **Credited to 20__ estimated tax** ▶ **Refunded** ▶ | 12 | 749,691 |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer — 7/10/06 Date — ▶ SR. V.P. FINANCE Title

**Paid Preparer's Use Only**

Preparer's signature ▶ — Date — Check if self-employed ☐ — Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ — EIN : — Phone no. ( )

**Part II** **Explanation of Changes to Items in Part I** (Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see **What To Attach** on page 3 of the instructions.)

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see **Carryback Claims** on page 3, and check here ▶ ☐

See Attached Explanation

CROWN HOLDINGS
1994 Refund Claim Insert

In this amended tax return, Crown Holdings, Inc. and subsidiaries (Crown Holdings") seeks mitigation relief under section 1341 of the Internal Revenue Code ("Code") for certain cash payments made in the taxable year 1994 for which tax deductions would have been correctly associated with the computation of taxable gross income in previous taxable years. Pursuant to Treas. Reg. § 1.1341-1(i), this relief is claimed in the form of an additional tax payment made on the last day of the taxable year.

The claimed section 1341 relief relates to deductions for payments made by Crown Beverage Packaging, Inc. ("Crown Beverage") pursuant to a settlement of a class action lawsuit in December 1990. The settlement agreement resolved a class lawsuit brought against Crown Beverage by former employees who claimed that they had been wrongfully terminated. The settlement agreement required Crown Beverage to pay certain amounts to a trust fund from which its former employees could receive payment. Crown Beverage paid and deducted settlement payments in 1993, 1994, and 1995 in the amounts of $166,684,180, $2,611,420, and $929,374, respectively. These payments related to amounts included in Crown Beverage's (or its predecessors') gross income in the years 1972 through 1990.

Under Code sections 1341(a)(5)(A) and 1341(b)(3), this amended return is being filed to forgo the deduction of $2,611,420 claimed on the original return for 1994. See Line 2. As a result of foregoing the deduction of $2,611,420, the tax for 1994 is increased by $52,964.

Pursuant to Code section 1341(a)(5), Crown Holdings has recomputed its tax for the 1994 taxable year to reflect (1) the increase in 1994 tax that results from foregoing the $2,611,420 deduction and (2) the decreases in the taxes paid in prior years that would have resulted if the items had not been included in gross income. The resulting change in tax is as follows:

| | |
|---|---|
| (1) Increase in 1994 tax | $52,964 |
| (2) Decrease in prior years' taxes | ($802,655) |
| (3) Net change in 1994 tax | ($749,691) |

The computations showing the effect of the application of section 1341 are attached.

The amount to be refunded pursuant to this amended return may change as a result of potential future adjustments or corrections to Crown Holdings' income, deductions, payments, and credits. Crown Holdings hereby claims a refund of the amount stated in this claim and for the amounts stated in the related refund claims for 1993 and 1995, and such other amount (or amounts) as established by the facts and law.

Crown Holdings acknowledges that if, and only if, its refund claims for 1993, 1994, and 1995 are allowed in whole or in part by the Internal Revenue Service ("Service") or by a court, it may owe the Service additional taxes and interest for 1994 related to the allowance of its refund claims for 1993, 1994, and 1995. In no event, however, will such amounts exceed the refund that is allowed by the Service or is determined to be allowable by a court.

Crown Holdings also claims a refund or adjustment of interest assessed or paid under section 6601 on any underpayment that is reduced or eliminated by this refund claim and requests the payment of interest under section 6611 on the overpayment resulting from this refund claim, as provided by law.

AS AMENDED

Form **4626**
Department of the Treasury
Internal Revenue Service

# Alternative Minimum Tax—Corporations
**(including environmental tax)**
▶ See separate instructions.
▶ Attach to the corporation's tax return.

OMB No. 1545-0175
**1994**

Name: CROWN CORK & SEAL COMPANY INC
Employer identification number: 23-1526444

| | | | | |
|---|---|---|---|---|
| **1** | Taxable income or (loss) before net operating loss deduction. (**Important:** See instructions if the corporation is subject to the environmental tax.) | | 1 | 175,984,357 |
| **2** | **Adjustments and preferences:** | | | |
| a | Depreciation of post-1986 property | 2a 30,872,090 | | |
| b | Amortization of certified pollution control facilities | 2b | | |
| c | Amortization of mining exploration and development costs | 2c | | |
| d | Amortization of circulation expenditures (personal holding companies only) | 2d | | |
| e | Adjusted gain or loss | 2e | | |
| f | Long-term contracts | 2f | | |
| g | Installment sales | 2g | | |
| h | Merchant marine capital construction funds | 2h | | |
| i | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2i | | |
| j | Tax shelter farm activities (personal service corporations only) | 2j | | |
| k | Passive activities (closely held corporations and personal service corporations only) | 2k | | |
| l | Loss limitations | 2l | | |
| m | Depletion | 2m | | |
| n | Tax-exempt interest from specified private activity bonds | 2n | | |
| o | Charitable contributions | 2o | | |
| p | Intangible drilling costs | 2p | | |
| q | Reserves for losses on bad debts of financial institutions | 2q | | |
| r | Accelerated depreciation of real property (pre-1987) | 2r | | |
| s | Accelerated depreciation of leased personal property (pre-1987) (personal holding companies only) | 2s | | |
| t | Other adjustments | 2t | | |
| u | Combine lines 2a through 2t | | 2u | 30,872,090 |
| **3** | Preadjustment alternative minimum taxable income (AMTI). Combine lines 1 and 2u | | 3 | |
| **4** | **Adjusted current earnings (ACE) adjustment:** | | | |
| a | Enter the corporation's ACE from line 10 of the worksheet on page 8 of the instructions | 4a 144,284,862 | | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount (see instructions for examples) | 4b (65,437,550) | | |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount | 4c 49,078,163 | | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see instructions). **Note:** *You must enter an amount on line 4d (even if line 4b is positive)* | 4d 18,771,755 | | |
| e | ACE adjustment: • If you entered a positive number or zero on line 4b, enter the amount from line 4c here as a positive amount. • If you entered a negative number on line 4b, enter the smaller of line 4c or line 4d here as a negative amount. | | 4e | (18,771,755) |
| **5** | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe alternative minimum tax | | 5 | 188,084,692 |
| **6** | Alternative tax net operating loss deduction (see instructions) | | 6 | 169,276,223 * |
| **7** | **Alternative minimum taxable income.** Subtract line 6 from line 5 | | 7 | 18,808,469 |



* PRODUCT LIABILITY FROM 2001 $57,212,541
PRODUCT LIABILITY FROM 2002 112,063,682
$169,276,223

| | | | |
|---|---|---|---|
| 8 | Enter the amount from line 7 (alternative minimum taxable income) | 8 | 18,808,469 |
| 9 | **Exemption phase-out computation** (if line 8 is $310,000 or more, skip lines 9a and 9b and enter -0- on line 9c): | | |
| a | Subtract $150,000 from line 8 (if you are completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- — 9a | | |
| b | Multiply line 9a by 25% (.25) — 9b | | |
| c | Exemption. Subtract line 9b from $40,000 (if you are completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- | 9c | -0- |
| 10 | Subtract line 9c from line 8. If zero or less, enter -0- | 10 | 18,808,469 |
| 11 | Multiply line 10 by 20% (.20) | 11 | 3,761,694 |
| 12 | Alternative minimum tax foreign tax credit. See instructions for limitations | 12 | -0- |
| 13 | Tentative minimum tax. Subtract line 12 from line 11 | 13 | 3,761,694 |
| 14 | Regular tax liability before all credits except the foreign tax credit and possessions tax credit | 14 | -0- |
| 15 | **Alternative minimum tax.** Subtract line 14 from line 13. Enter the result on the appropriate line of the corporation's income tax return (e.g., Form 1120, Schedule J, line 9a). If zero or less, enter -0- | 15 | 3,761,694 |
| 16 | **Environmental tax.** Subtract $2 million from line 5 (figured without the corporation's environmental tax deduction). Multiply the excess, if any, by 0.12% (.0012). Enter the result here and on the appropriate line of the corporation's income tax return (e.g., Form 1120, Schedule J, line 9b). If you are completing this line for a member of a controlled group, see the instructions | 16 | 223,570 |

# ATTACHMENT TO 1120X 1994 FILING

| Crown Holdings Inc<br>EIN 75-3099507 | 1139<br>dated 9/15/2003 | Net Change from<br>1994 IRC 1341 Calc. | 1994<br>Revised Liability<br>Under IRC 1341 |
|---|---|---|---|
| Current Parent Company of original filing as: | | | |
| **Crown Cork & Seal Co Inc.**<br>**EIN 23-1526444** | | | |
| **Regular Taxable income:** | | | |
| Taxable Income before NOL and Special Deductions | 128,976,657 | | 128,976,657 |
| Section 1341 Adjustment | | 2,611,420 | 2,611,420 |
| Product Liability NOL Carry back from 2004 | (90,843,228) | | (90,843,228) |
| Special Deductions | (38,133,429) | | (38,133,429) |
| Product Liability NOL Carry back from 2002 | | (2,611,420) | (2,611,420) |
| TAXABLE INCOME | 0 | 0 | 0 |
| Income Tax before Credits | 0 | 0 | 0 |
| Foreign Tax Credit | 0 | 0 | 0 |
| Investment Tax Credit | 0 | 0 | 0 |
| Research Credit | 0 | 0 | 0 |
| TOTAL CREDITS | 0 | 0 | 0 |
| **Regular Income Tax less Credits** | 0 | 0 | 0 |
| **Alternative Minimum Taxable income:** | | | |
| Taxable Income before NOL and Special Deductions | 211,506,366 | 0 | 211,506,366 |
| Section 1341 Adjustment | | 2,611,420 | 2,611,420 |
| Special Deductions | (38,133,429) | | (38,133,429) |
| Preference Items | 12,100,335 | | 12,100,335 |
| Product Liability NOL Carry back from 2001 | (19,231,712) | (37,980,829) | (57,212,541) |
| Product Liability NOL Carry back from 2002 | (114,602,215) | 2,538,533 | (112,063,682) |
| ALTERNATIVE MINIMUM TAXABLE INCOME | 51,639,345 | (32,830,876) | 18,808,469 |
| Minimum Tax before credits | 10,327,869 | (6,566,175) | 3,761,694 |
| Minimum Tax-Foreign Tax Credit | (6,618,404) | 6,618,404 | 0 |
| Environmental Tax | 222,835 | 735 | 223,570 |
| TOTAL TAX LIABILITY due to IRC 1341 | 3,932,300 | 52,964 | 3,985,264 |
| **TAX CHANGE FROM 1341 ADJUSTMENT** | | 52,964 | |

S:\123DATA\Rtn05\SchR\[Copy of 1341only19941341new.xls]Sheet1

Form **1120X** (Rev. December 2004)
Department of the Treasury
Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending 12/95 (Enter month and year.)

Please Type or Print

Name: CROWN HOLDINGS, INC & SUBSIDIARIES

Employer identification number: 75 : 3099507

Number, street, and room or suite no. (If a P.O. box, see instructions.): ONE CROWN WAY

City or town, state, and ZIP code: PHILADELPHIA, PA 19154-4599

Telephone number (optional): ( )

Enter name and address used on original return (If same as above, write "Same."):
CROWN CORK & SEAL COMPANY, INC. & SUBSIDIARIES 9300 ASHTON ROAD PHILADELPHIA, PA EIN 23-1526444

Internal Revenue Service Center where original return was filed ▶ PHILADELPHIA, PA

## Fill in applicable items and use Part II on the back to explain any changes

**Part I** Income and Deductions (see instructions)

| | | (a) As originally reported or as previously adjusted | (b) Net change—increase or (decrease)—explain in Part II | (c) Correct amount |
|---|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | 1 | 899,223,118 | 929,374 | 900,152,492 |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 933,507,036 | 0 | 933,507,036 |
| 3 Taxable income. Subtract line 2 from line 1 | 3 | (34,283,918) | 929,374 | (33,354,544) |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 1,156,803 | 184,587 | 1,341,390 |

**Payments and Credits** (see instructions)

| | | (a) | (b) | (c) |
|---|---|---|---|---|
| 5a Overpayment in prior year allowed as a credit | 5a | | | |
| b Estimated tax payments 1341(a)(5) BENEFIT | 5b | | 285,640 | 285,640 |
| c Refund applied for on Form 4466 | 5c | | | |
| d Subtract line 5c from the sum of lines 5a and 5b | 5d | | 285,640 | 285,640 |
| e Tax deposited with Form 7004 | 5e | | | |
| f Credit from Form 2439 | 5f | | | |
| g Credit for Federal tax on fuels | 5g | | | |

| | | |
|---|---|---|
| 6 Tax deposited or paid with (or after) the filing of the original return | 6 | 1,156,803 |
| 7 Add lines 5d through 6, column (c) | 7 | 1,442,443 |
| 8 Overpayment, if any, as shown on original return or as later adjusted | 8 | |
| 9 Subtract line 8 from line 7 | 9 | 1,442,443 |

**Tax Due or Overpayment** (see instructions)

| | | |
|---|---|---|
| 10 **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the "**United States Treasury**" ▶ | 10 | |
| 11 **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | 101,053 |
| 12 Enter the amount of line 11 you want: **Credited to 20__ estimated tax** ▶ **Refunded** ▶ | 12 | 101,053 |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer | 7/12/06 Date | ▶ SR. V.P. FINANCE Title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN : | Phone no. ( )

**Part II** **Explanation of Changes to Items in Part I** (Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see **What To Attach** on page 3 of the instructions.)

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see **Carryback Claims** on page 3, and check here . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

See Attached Explanation

CROWN HOLDINGS
1995 Refund Claim Insert

In this amended tax return, Crown Holdings, Inc. and subsidiaries (Crown Holdings") seeks mitigation relief under section 1341 of the Internal Revenue Code ("Code") for certain cash payments made in the taxable year 1995 for which tax deductions would have been correctly associated with the computation of taxable gross income in previous taxable years. Pursuant to Treas. Reg. § 1.1341-1(i), this relief is claimed in the form of an additional tax payment made on the last day of the taxable year.

The claimed section 1341 relief relates to deductions for payments made by Crown Beverage Packaging, Inc. ("Crown Beverage") pursuant to a settlement of a class action lawsuit in December 1990. The settlement agreement resolved a class lawsuit brought against Crown Beverage by former employees who claimed that they had been wrongfully terminated. The settlement agreement required Crown Beverage to pay certain amounts to a trust fund from which its former employees could receive payment. Crown Beverage paid and deducted settlement payments in 1993, 1994, and 1995 in the amounts of $166,684,180, $2,611,420, and $929,374, respectively. These payments related to amounts included in Crown Beverage's (or its predecessors') gross income in the years 1972 through 1990.

Under Code sections 1341(a)(5)(A) and 1341(b)(3), this amended return is being filed to forgo the deduction of $929,374 claimed on the original return for 1995. See Line 2. As a result of foregoing the deduction of $929,374, the taxable income for 1995 is increased by $929,374. See Line 3.

Pursuant to Code section 1341(a)(5), Crown Holdings has recomputed its tax for the 1995 taxable year to reflect (1) the increase in 1995 tax that results from foregoing the $929,374 deduction and (2) the decreases in the taxes paid in prior years that would have

resulted if the items had not been included in gross income. The resulting change in tax is as follows:

| | |
|---|---|
| (1) Increase in 1995 tax | $ 184,587 |
| (2) Decrease in prior years' taxes | ($285,640) |
| (3) Net change in 1995 tax | ($101,053) |

The computations showing the effect of the application of section 1341 are attached.

The amount of this refund claim may change as a result of potential future adjustments or corrections to Crown Holdings' income, deductions, payments, and credits. Crown Holdings hereby claims a refund of the amount stated in this claim and for the amounts stated in the related refund claims for 1993 and 1994, and such other amount (or amounts) as established by the facts and law.

Crown Holdings acknowledges that if, and only if, its refund claims for 1993, 1994, and 1995 are allowed in whole or in part by the Internal Revenue Service ("Service") or by a court, it may owe the Service additional taxes and interest for 1994 related to the allowance of its refund claims for 1993, 1994, and 1995. In no event, however, will such amounts exceed the refund that is allowed by the Service or is determined to be allowable by a court.

Crown Holdings also claims a refund or adjustment of interest assessed or paid under section 6601 on any underpayment that is reduced or eliminated by this refund claim and requests the payment of interest under section 6611 on the overpayment resulting from this refund claim, as provided by law.

Form **4626**

Department of the Treasury
Internal Revenue Service

# Alternative Minimum Tax—Corporations
**(including environmental tax)**

▶ **See separate instructions.**
▶ **Attach to the corporation's tax return.**

OMB No. 1545-0175

**1995**

Name: CROWN CORK & SEAL COMPANY INC

Employer identification number: 23-1526444

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Taxable income or (loss) before net operating loss deduction. (**Important:** If the corporation is subject to the environmental tax, see the instructions for line 16 on page 6.) | | 1 (33,354,544) |
| 2 | **Adjustments and preferences:** | | |
| a | Depreciation of post-1986 property | 2a 57,470,489 | |
| b | Amortization of certified pollution control facilities | 2b | |
| c | Amortization of mining exploration and development costs | 2c | |
| d | Amortization of circulation expenditures (personal holding companies only) | 2d | |
| e | Adjusted gain or loss | 2e (8,667,469) | |
| f | Long-term contracts | 2f | |
| g | Installment sales | 2g | |
| h | Merchant marine capital construction funds | 2h | |
| i | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2i | |
| j | Tax shelter farm activities (personal service corporations only) | 2j | |
| k | Passive activities (closely held corporations and personal service corporations only) | 2k | |
| l | Loss limitations | 2l | |
| m | Depletion | 2m | |
| n | Tax-exempt interest from specified private activity bonds | 2n | |
| o | Charitable contributions | 2o | |
| p | Intangible drilling costs | 2p | |
| q | Reserves for losses on bad debts of financial institutions | 2q | |
| r | Accelerated depreciation of real property (pre-1987) | 2r | |
| s | Accelerated depreciation of leased personal property (pre-1987) (personal holding companies only) | 2s | |
| t | Other adjustments | 2t | |
| u | Combine lines 2a through 2t | | 2u 48,803,020 |
| 3 | Preadjustment alternative minimum taxable income (AMTI). Combine lines 1 and 2u | | 3 15,448,476 |
| 4 | **Adjusted current earnings (ACE) adjustment:** | | |
| a | Enter the corporation's ACE from line 10 of the worksheet on page 8 of the instructions | 4a 68,839,590 | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount (see page 4 of the instructions for examples) | 4b 53,391,114 | |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount | 4c 40,043,336 | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see page 5 of the instructions). **Note:** *You must enter an amount on line 4d (even if line 4b is positive)* | 4d -0- | |
| e | ACE adjustment: • If you entered a positive number or zero on line 4b, enter the amount from line 4c here as a positive amount. • If you entered a negative number on line 4b, enter the smaller of line 4c or line 4d here as a negative amount. | | 4e 40,043,336 |
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe alternative minimum tax | | 5 55,491,812 |
| 6 | Alternative tax net operating loss deduction (see page 5 of the instructions) | | 6 0 |
| 7 | **Alternative minimum taxable income.** Subtract line 6 from line 5 | | 7 55,491,812 |

| | | | |
|---|---|---|---|
| 8 | Enter the amount from line 7 (alternative minimum taxable income) | 8 | 55,491,812 |
| 9 | **Exemption phase-out computation** (if line 8 is $310,000 or more, skip lines 9a and 9b and enter -0- on line 9c): | | |
| a | Subtract $150,000 from line 8 (if you are completing this line for a member of a controlled group, see page 5 of the instructions). If zero or less, enter -0- . . . **9a** | | |
| b | Multiply line 9a by 25% (.25) **9b** | | |
| c | Exemption. Subtract line 9b from $40,000 (if you are completing this line for a member of a controlled group, see page 5 of the instructions). If zero or less, enter -0- | 9c | 0 |
| 10 | Subtract line 9c from line 8. If zero or less, enter -0- | 10 | 55,491,812 |
| 11 | Multiply line 10 by 20% (.20) | 11 | 11,098,362 |
| 12 | Alternative minimum tax foreign tax credit. See page 5 of the instructions for limitations | 12 | 9,821,239* |
| 13 | Tentative minimum tax. Subtract line 12 from line 11 | 13 | 1,277,123 |
| 14 | Regular tax liability before all credits except the foreign tax credit and possessions tax credit | 14 | 0 |
| 15 | **Alternative minimum tax.** Subtract line 14 from line 13. Enter the result on the appropriate line of the corporation's income tax return (e.g., Form 1120, Schedule J, line 9a). If zero or less, enter -0- | 15 | 1,277,123 |
| 16 | **Environmental tax.** Subtract $2 million from line 5 (figured without the corporation's environmental tax deduction). Multiply the excess, if any, by 0.12% (.0012). Enter the result here and on the appropriate line of the corporation's income tax return (e.g., Form 1120, Schedule J, line 9b). If you are completing this line for a member of a controlled group, see page 6 of the instructions | 16 | 64,267 |

* SEE ATTACHED FAR DATED 10/20/98

9512 - ALTERNATIVE MINIMUM TAX / ENVIRONMENTAL TAX (CONTINUED)

(4) ALTERNATIVE TAX NET OPERATING LOSS DEDUCTION AND ENERGY PREFERENCE: (CONTINUED)

Alternative Tax Net Operating Loss Deduction --

| | |
|---|---|
| Alternative Tax Net Operating Loss Deduction (Before Limitation) Per Return | 913,760.00 |
| Plus: Adjustment To Alternative Tax Net Operating Loss Deduction | 913,760.00 |
| Alternative Tax Net Operating Loss Deduction (Before Limitation) As Corrected | 0.00 |

Limitation On Alternative Tax Net Operating Loss Deduction (NOLD):

| | |
|---|---|
| Pre-Adjustment AMTI As Corrected | 14,519,102.00 |
| Plus: Adjusted Current Earnings (ACE) Adjustment | 40,043,336.00 |
| Balance (Not less than -0-) | 54,562,438.00 |
| | X 90 % |
| Balance | 49,106,194.20 |
| Less Alternative Tax Energy Preference Deduction | 0.00 |
| Limitation On Alternative Tax NOLD | 49,106,194.20 |

Summary:

| | |
|---|---|
| Alternative Tax Energy Preference Deduction As Corrected | 0.00 |
| Alternative Tax Net Operating Loss Deduction As Corrected | 0.00 |
| Alternative Tax Net Operating Loss And Energy Preference Deductions | 0.00 |

(5) ALTERNATIVE MINIMUM TAX FOREIGN TAX CREDIT:

| | |
|---|---|
| Tentative Minimum Tax Foreign Tax Credit (Before limitation) Per Return | 10,557,291.00 |
| Plus: Adjustment To Alternative Minimum Tax Foreign Tax Credit | 736,052.00 |
| Alternative Minimum Tax Credit As Corrected | 9,821,239.00 |

TAXPAYER: CROWN CORK & SEAL CO. INC. AND SUBSIDIARIES
TIN: 23-1526444



Tax Periods: 9312 9412 9512

9512 - ALTERNATIVE MINIMUM TAX / ENVIRONMENTAL TAX (CONTINUED)

| ISSUE NUMBER | SAIN NUMBER | ENTITY | AMOUNT | CATEGORY |
|---|---|---|---|---|
| **AMT ADJUSTMENTS / TAX PREFERENCES:** | | | | |
| -0019 | 526-02 | CONSTAR INTERNATIONAL | 0.00 | ADJ/PREFERENCE - AMT |
| -0034 | 521 | CROWN CORK & SEAL CO. INC. | 1,788,724.00 | ADJ/PREFERENCE - AMT |
| -0037 | 521 | CROWN CORK & SEAL CO. INC. | 1,357,083.00 | ADJ/PREFERENCE - AMT |
| -0038 | 521 | CONSTAR INTERNATIONAL | 536,644.00 | ADJ/PREFERENCE - AMT |
| | | | 3,682,451.00 | |
| **ADJUSTED NET BOOK INCOME / ADJUSTED CURRENT EARNINGS:** | | | | |
| -0034 | 521 | CROWN CORK & SEAL CO. INC. | 153,159.00 | ADJUSTED NBI/ACE - AMT |
| | | | 153,159.00 | |
| **NET CUMULATIVE ACE ADJUSTMENT LIMITATION:** | | | | |
| | | | 0.00 | |
| **ALTERNATIVE TAX NET OPERATING LOSS DEDUCTION:** | | | | |
| -0048 | 601 | MIDWAY TOOL ENGINEERING CO. INC. | 913,760.00 | ALTERNATIVE TAX NOLD-AMT |
| | | | 913,760.00 | |
| **ALTERNATIVE MINIMUM TAX FOREIGN TAX CREDIT:** | | | | |
| -0058 | 611 | CROWN CORK & SEAL CO. INC. | 736,052.00 | ALT MIN TAX FTC-AMT |
| | | | 736,052.00 | |

DATE TAX COMPUTATION GENERATED 10/21/98

# ATTACHMENT TO 1120X 1995 FILING

| Crown Holdings Inc<br>EIN 75-3099507 | RAR<br>dated 10/20/1998 | Net Change from<br>1995 IRC 1341 Calc. | 1995<br>Revised Liability<br>Under IRC 1341 |
|---|---|---|---|
| Current Parent Company of original filing as: | | | |
| Crown Cork & Seal Co Inc.<br>EIN 23-1526444 | | | |
| **Regular Taxable income:** | | | |
| Taxable Income before NOL and Special Deductions | (15,298,357) | | (15,298,357) |
| Section 1341 Adjustment | | 929,374 | 929,374 |
| Regular NOL Carry back TO 1993 | | 33,354,544 | 33,354,544 |
| Special Deductions | (18,985,561) | | (18,985,561) |
| TAXABLE INCOME | (34,283,918) | 34,283,918 | 0 |
| Income Tax before Credits | 0 | 0 | 0 |
| Foreign Tax Credit | 0 | 0 | 0 |
| Investment Tax Credit | 0 | 0 | 0 |
| Research Credit | 0 | 0 | 0 |
| TOTAL CREDITS | 0 | 0 | 0 |
| Regular Income Tax less Credits | 0 | 0 | 0 |
| **Alternative Minimum Taxable income:** | | | |
| Taxable Income before NOL and Special Deductions | (15,298,357) | | (15,298,357) |
| Section 1341 Adjustment | | 929,374 | 929,374 |
| Special Deductions | (18,985,561) | | (18,985,561) |
| Preference Items | 88,846,356 | | 88,846,356 |
| ALTERNATIVE MINIMUM TAXABLE INCOME | 54,562,438 | 929,374 | 55,491,812 |
| Minimum Tax before credits | 10,912,488 | 185,874 | 11,098,362 |
| Minimum Tax-Foreign Tax Credit | (9,821,239) | 0 | (9,821,239) |
| Environmental Tax | 65,554 | (1,287) | 64,267 |
| TOTAL TAX LIABILITY due to IRC 1341 | 1,156,803 | 184,587 | 1,341,390 |
| TAX CHANGE FROM 1341 ADJUSTMENT | | 184,587 | |

S:\123DATA\Rtn05\SchR\[13411994.xls]Sheet1

**Internal Revenue Service**
Appeals Office
701 Market Street
Suite 2200
Philadelphia, PA 19106

Date: JUL 2 8 2006

Crown Holdings, Inc. & Subsidiaries,
also known as Crown Cork & Seal Co., Inc.
One Crown Way
Philadelphia, PA 19154-4599

**Department of the Treasury**

**Person to Contact:**
Joseph P. Bukis
Employee ID Number: 23-08345
Tel: (215) 597-2177 Ext. 128
Fax: (215) 597-7827
Contact Hours: 8:30 AM - 5:00 PM
**Refer Reply to:**
AP:FE:PA:PHI:JPB
**In Re:**
Income Tax Liability
**Claim Amount(s):**
1993 initial claim of $22,958,928
on or about 9-2-1999
subsequently changed by you to
$36,157,865 on or about 7-13-2006
1994 initial claim of $2,771,850
on or about 7-15-2005
subsequently changed by you to
$749,691 on or about 7-13-2006
1995 initial claim of $265,938
on or about 9-2-1999
subsequently changed by you to
$101,053 on or about 7-13-2006
**Tax Period(s) Ended:**
12/1993, 12/1994 & 12/1995

**Certified Mail**

Gentlemen:

We are sorry, but we cannot allow the above claims for an adjustment to your tax, for the following reasons:

> You have not established that you are entitled to the benefits of IRC Section 1341 relief because of your making payments to former employees for unpaid pension obligations. You did not restore or repay an item previously included in gross income when you incurred the payments in 1993, 1994 and 1995. Further, you have not established the appropriateness and correctness of the amounts that you are claiming if you establish that you are entitled to IRC Section 1341 relief. Finally, your original return position of claiming the deductions when paid was considered the correct tax treatment of the item.

Our decision is based on provisions of the Internal Revenue laws and regulations. In addition, we note that the United States District Court for the Eastern District of Virginia

in *Reynolds Metals Company, et al., v. United States of America*, 389 F. Supp. 2d 692, 2005, held Reynolds Metals Company was not entitled to IRC Section 1341 relief. Similarly, we note that the United States District Court for the Western District of Pennsylvania in *Alcoa, Inc. v. United States of America*, 406 F. Supp. 2d 580, 2005, held that Alcoa, Inc. was not entitled to IRC Section 1341 relief. Both of those cases concluded that later-incurred costs were not an allowable deduction with regard to past sales in denying IRC Section 1341 relief. Crown's claims are similarly denied as discussed previously. This letter is your legal notice that your claims are fully disallowed.

If you wish to bring suit or proceedings for the recovery of any tax, penalties or other moneys for which this disallowance notice is issued, you may do so by filing such a suit with the United States District Court having jurisdiction, or with the United States Court of Federal Claims. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a waiver of the notice of claim disallowance (Form 2297), the period for bringing suit began to run on the date you filed the waiver.

A copy of this letter is being sent to your lead attorney and accountant based on the power of attorney on file.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Sheryl E. Weiner
Lead Appeals Team Manager

cc: J. Bradford Anwyll, Esq.
Alston & Bird LLP

Robert A. Donatelli, Enrolled Agent
PricewaterhouseCoopers LLP