# In The United States Court of Federal Claims

06-584 T

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Crown Holdings, Inc. & Subsidiaries, Successor to Crown Cork & Seal Co., Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): J. Bradford Anwyll
Firm Name: Alston & Bird LLP
Post Office Box:
Street Address: The Atlantic Building, 950 F Street, NW
City-State-Zip: Washington, DC 20004-1404
Telephone & Facsimile Numbers: Tel: (202) 756-3432 Fax: (202) 756-3333

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? □ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 1 0
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O J
See attached sheet for three-digit codes.

Amount Claimed: $37,008,609.00
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes □ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? □ Yes ■ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? □ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.