FILED
AUG 11 2006
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CROWN HOLDINGS, INC. & SUBSIDIARIES,<br>SUCCESSOR TO CROWN CORK & SEAL CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-584 T<br>No. |

## DISCLOSURE STATEMENT

Plaintiff, Crown Holdings, Inc. & Subsidiaries (successor in interest to Crown Cork & Seal Co., Inc.), through counsel, hereby provides the following disclosure statement in accordance with RCFC 7.1:

1. There is no person or entity that owns 10% or more of the stock of Crown Holdings, Inc.

DATED: August 11, 2006

Respectfully submitted,

J. Bradford Anwyll

ALSTON & BIRD LLP
The Atlantic Building
950 F Street, NW
Washington, D.C. 20004
Telephone: (202) 756-3432
Fax: (202) 756-3333

Counsel for Plaintiff