IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CROWN HOLDINGS, INC., & SUBSIDIARIES, SUCCESSOR TO CROWN CORK & SEAL, CO., INC., | ) | |
| Plaintiff | ) | |
| v. | ) | No. 06-584 T (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jennifer Dover Spriggs attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jennifer Dover Spriggs, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: September 13 , 2006

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-0840
(202) 514-9440 fax