IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-584 T

(Chief Judge Edward J. Damich)

CROWN HOLDINGS, INC. & SUBSIDIARIES,
SUCCESSOR TO CROWN CORK & SEAL CO., INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of sixty days from October 10, 2006, to and including December 9, 2006, within which to file its answer or other response in the above-captioned case. This is the first enlargement of time requested for this purpose.

Plaintiff's counsel has authorized us to state that plaintiff will not object to this motion.

In support of this motion, defendant states that its trial attorney has not yet received from the Internal Revenue Service ("IRS") the administrative files and the defense recommendation which are necessary to prepare a meaningful response to the complaint.

The IRS has advised defendant's trial attorney that the administrative files have been located and that it is in the process of preparing its defense recommendation. Defendant's trial attorney expects to receive the administrative file and the defense recommendation, and to respond to the complaint within the time requested.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/David Gustafson

Of Counsel

October 4, 2006