IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-584 T

(Chief Judge Edward J. Damich)

CROWN HOLDINGS, INC. & SUBSIDIARIES,
SUCCESSOR TO CROWN CORK & SEAL CO., INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT MOTION FOR SUSPENSION
OF PROCEEDINGS

Pursuant to RCFC 7, the parties hereby move the Court for an order suspending proceedings in the above-captioned matter pending the outcome of the appeal in *Pennzoil-Quaker State Co. v. United States*, 62 Fed. Cl. 689 (2004). In support of this motion, the parties state as follows:

Crown Holdings, Inc. ("Crown Holdings") filed federal income tax refund claims for its 1993-1995 tax years, which the IRS disallowed. On August 14, 2006, Crown Holdings filed the instant action which seeks a refund based upon I.R.C. § 1341. (Compl. ¶¶ 20-22.) I.R.C. § 1341, when it applies, permits a taxpayer who received an item of income in one year, but is required to repay it in a later year, to reduce its tax liability for the repayment year by the amount

that reporting such income increased its tax in the year of receipt. Crown Holdings claimed I.R.C. § 1341 relief with respect to payments it made in 1993, 1994, and 1995 to a Settlement Trust Fund to settle a class action lawsuit by former employees for wrongful termination. (Compl. ¶¶ 18-19.) Crown Holdings alleges (Compl. ¶ 21) that tax years 1993-1995 involve the same legal issue which was present in *Pennzoil-Quaker State Co*., 62 Fed. Cl. 689. In an opinion issued on October 28, 2004, (*ibid*.) the Court of Federal Claims held that *Pennzoil-Quaker State* was entitled to I.R.C. § 1341 relief with respect to the payments it made in 1995 and 1996 to settle a price-fixing lawsuit against it and other large purchasers of crude oil. On September 25, 2006, the United States filed a notice of appeal of that decision. Resolution of the issues raised in *Pennzoil-Quaker State* by the Federal Circuit may serve to narrow the issues and/or may prove to be dispositive with respect to the issues in the instant action. Therefore, the parties propose that:

1. The Court enter an order suspending proceedings in this action pending the outcome of the appeal in *Pennzoil-Quaker State*; and

2. The parties will file a joint status report with respect to further proceedings in this action within 30 days of the decision by the Federal Circuit in *Pennzoil-Quaker State*.

WHEREFORE, the parties request that their motion be granted.

Respectfully submitted,

Dec. 7, 2006
Date

s/ J. Bradford Anwyll
J. BRADFORD ANWYLL
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, D.C. 20004
(202) 756-3432 (202) 756-3333 (facsimile)

Attorney for Plaintiff

December 7, 2006
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840, (202) 514-9440 (facsimile)

EILEEN J. O 'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

December 7, 2006
Date

s/David Gustafson
Of Counsel
Attorneys for Defendant