# In the United States Court of Federal Claims

No. 06-584 T

(Filed: December 11, 2006)

***********************************
**CROWN HOLDINGS, INC. & SUBSIDIARIES, SUCCESSOR TO CROWN CORK & SEAL CO., INC.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
***********************************

**ORDER**

On December 7, 2006, the parties filed a Joint Motion for Suspension of Proceedings. In the motion, the parties request that proceedings in this case be stayed until a decision is rendered by the Court of Appeals for the Federal Circuit ("Federal Circuit") in *Pennzoil-Quaker State Co. v. United States* (No. 02-279) (CAFC 06-5142) because that case concerns the same legal question regarding a tax refund pursuant to Internal Revenue Code § 1341. The Court grants the parties' motion.

This case is hereby stayed. The Court ORDERS the parties to file a joint status report within 30 days of a decision by the Federal Circuit in *Pennzoil-Quaker State Co. v. United States*.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge