IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-584 T

(Chief Judge Edward J. Damich)

CROWN HOLDINGS, INC. & SUBSIDIARIES,
SUCCESSOR TO CROWN CORK & SEAL CO., INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to this Court's Order dated December 11, 2006 the parties hereby inform the Court that, on January 8, 2008, the Federal Circuit issued its decision in *Pennzoil-Quaker State Co. v. United States*, -- F.3d -- (Fed. Cir. January 8, 2008), reversing the decision of the U.S. Court of Federal Claims. It is uncertain at this time whether the taxpayer in the *Pennzoil* case intends to file a petition for panel rehearing and/or rehearing en banc or to seek review by the U.S. Supreme Court. In light of this uncertainty, the parties respectfully request that this Court continue the stay in this case and require that the next joint status report be filed within 30 days after the *Pennzoil* decision becomes a final decision.

Plaintiff's counsel has reviewed this Joint Status Report and has authorized counsel for the United States to sign this document electronically on behalf of plaintiff and to file this report on behalf of both parties.

Respectfully submitted,

February 5, 2008
Date

s/ J. Bradford Anwyll
J. BRADFORD ANWYLL
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, D.C. 20004
(202) 756-3432 (202) 756-3333 (facsimile)

Attorney for Plaintiff

February 5, 2008
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840, (202) 514-9440 (facsimile)

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

February 5, 2008
Date

s/David Gustafson
Of Counsel
Attorneys for Defendant