IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-584 T

(Chief Judge Edward J. Damich)

CROWN HOLDINGS, INC. & SUBSIDIARIES,
SUCCESSOR TO CROWN CORK & SEAL CO., INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to this Court's Order dated February 6, 2008, the parties hereby file this Joint Status Report. The parties inform the Court that the taxpayer in *Pennzoil-Quaker State Co. v. United States*, 511 F.3d 1365 (Fed. Cir. 2008), did not file a petition for panel rehearing and/or rehearing in banc by the February 22, 2008, deadline for filing such a petition. It is still uncertain at this time, however, whether the taxpayer in *Pennzoil* intends to seek Supreme Court review. The deadline for filing a petition for certiorari seeking Supreme Court review is April 7, 2008. In light of this continued uncertainty, the parties respectfully request that this Court continue to stay this case and require that the next status report be filed on April 9, 2008.

Plaintiff's counsel has reviewed this Joint Status Report and has authorized counsel for the United States to sign this document electronically on behalf of plaintiff and to file this report on behalf of both parties.

Respectfully submitted,

2/29/08
Date

s/J. Bradford Anwyll

J. BRADFORD ANWYLL
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, D.C. 20004
(202) 756-3432 (202) 756-3333 (facsimile)

Attorney for Plaintiff

2/29/08
Date

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840, (202) 514-9440 (facsimile)

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

2/29/08
Date

s/David Gustafson
Of Counsel
Attorneys for Defendant