IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-584 T

(Chief Judge Edward J. Damich)

CROWN HOLDINGS, INC. & SUBSIDIARIES,
SUCCESSOR TO CROWN CORK & SEAL CO., INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT AND MOTION TO
VACATE STAY OF PROCEEDINGS

On December 11, 2006, this Court stayed the above-styled case pending the final resolution of this Court's decision in *Pennzoil-Quaker State Co. v. United States*, 62 Fed. Cl. 689 (2004) ("*Pennzoil*"). On January 8, 2008, the United States Court of Appeals for the Federal Circuit reversed this Court's judgment for the plaintiff in *Pennzoil*. *See Pennzoil*, 511 F.3d 1365 (Fed. Cir. 2008).[1]

The plaintiff in *Pennzoil* did not file a petition for panel rehearing and/or rehearing *en banc* by the February 22, 2008, deadline nor did it file a petition for certiorari seeking review by

[1] In an errata to the *Pennzoil* opinion dated February 15, 2008, the Court stated that the judgment was reversed "in part."

the U.S. Supreme Court by the April 7, 2008, deadline. Accordingly, the Federal Circuit's decision in *Pennzoil* is now a final decision.

As a result of the Federal Circuit's decision in *Pennzoil*, plaintiff in this case states that it does not intend to pursue the refund claims stated in its complaint. Therefore, the parties request that this Court vacate the current stay in this case. Additionally, the parties state that they will soon file a stipulation of dismissal pursuant to RCFC 41(a)(1).

Plaintiff's counsel has reviewed this Joint Status Report and Motion to Vacate Stay of Proceedings and has authorized counsel for the United States to sign this document electronically on behalf of plaintiff and to file this report on behalf of both parties.

Respectfully submitted,

April 9, 2008
Date

s/J. Bradford Anwyll
J. BRADFORD ANWYLL
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, D.C. 20004
(202) 756-3432 (202) 756-3333 (facsimile)

Attorney for Plaintiff

April 9, 2008
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840, (202) 514-9440 (facsimile)

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

April 9, 2008
Date

s/David Gustafson
Of Counsel
Attorneys for Defendant