IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-584 T

(Chief Judge Edward J. Damich)

CROWN HOLDINGS, INC. & SUBSIDIARIES,
SUCCESSOR TO CROWN CORK & SEAL CO., INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Plaintiff's counsel has reviewed this Stipulation of Dismissal and has authorized counsel for the United States to sign this document electronically on behalf of plaintiff and to file this document on behalf of both parties.

Respectfully submitted,

4/21/2008
Date

s/J. Bradford Anwyll
J. BRADFORD ANWYLL
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, D.C. 20004
(202) 756-3432 (202) 756-3333 (facsimile)

Attorney for Plaintiff

4/21/2008
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840, (202) 514-9440 (facsimile)

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

4/21/2008
Date

s/David Gustafson
Of Counsel
Attorneys for Defendant